**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Smith v. Medtronic, Inc. et al.**<br>**08-cv-05328** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER DENYING PLAINTIFFS' LEAD  COUNSEL'S MOTION TO DISMISS AS MOOT** |

---

On May 31, 2011, Plaintiffs' Lead Counsel filed a Motion to Dismiss the above-referenced matter pursuant to Federal Rule of Civil Procedure 41(a) and the Master Settlement Agreement (Doc. No. 36).  However, this case was already dismissed and judgment was entered (Doc. No. 31) before the Master Settlement Agreement was executed; the United States Court of Appeals for the Eighth Circuit later affirmed that dismissal.  Accordingly, Plaintiffs' Lead Counsel's Motion to Dismiss pursuant to Rule 41(a) and the Master Settlement Agreement is **DENIED AS MOOT**.


Dated: July 7, 2011                           s/ Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge

21928